UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| CHARMAINE WEST and<br>FIRST ALTERNATIVE PROBATION<br>AND COUNSELING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA GENERAL CONVERGENCE, INC.,<br>and MEDIA GENERAL CONVERGENCE,<br>INC. d/b/a WDEF-TV 12<br><br>Defendants. | No. 1:00-CV-184<br>Judge Edgar |

## STIPULATION OF DISMISSAL

The parties stipulate to the dismissal of this action with prejudice, pursuant to Fed. R. Civ. Pro. 41 (a), as evidenced by the signatures of counsel.

Dated this the 3rd day of November, 2005.

_Samuel L. Felker_
Samuel L. Felker, Esq.
BASS, BERRY & SIMS PLC
315 Deaderick Street
AmSouth Center, Suite 2700
Nashville, Tennessee 37238
(615) 742-6219

*Attorneys for Defendant Media General*

*/s/ Steven F. Dobson*
Steve Dobson, Esq.
Harry Burnette, Esq.
BURNETTE DOBSON & HARDEMAN
713 Cherry Street
Chattanooga, Tennessee 37402
(423) 266-2121

*Attorneys for Plaintiffs Charmaine West and*
*First Alternative Probation and Counseling, Inc.*

2